# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: __3:02CR152-06__ |
| BOBBY ROCHELLE DOZIER | ) | USM No: __17699-058__ |
| Date of Previous Judgment: __January 21, 2003__ | ) | Keith Stroud |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __131__ months **is reduced to** __120__.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: __37__ | | Amended Offense Level: __35__ | | |
| Criminal History Category: __III__ | | Criminal History Category: __III__ | | |
| Previous Guideline Range: __262__ to __327__ months | | Amended Guideline Range: __210__ to __262__ months | | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):  The amended sentence is limited by the mandatory minimum of 120 months.

## III.  ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __January 21, 2003__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __March 3, 2009__

Effective Date: _____
(if different from order date)

_Frank D. Whitney_
Frank D. Whitney
**United States District Judge**